NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAME PLAN, INC.,**
*Appellant*

v.

**UNINTERRUPTED IP, LLC,**
*Appellee*

---

2024-1407

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91244990.

---

**ON PETITION FOR PANEL REHEARING**

---

Before PROST, REYNA, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Game Plan, Inc. filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

<u>January 26, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court